■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN GREENE, Appellant. [756 NYS2d 447] —Appeal by the defendant from a judgment of the Supreme Court, Suffolk County

(Mullen, J.), dated April 20, 2000, convicting him of criminal sale of a controlled substance in the third degree and criminal possession of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's contention that the People failed to disprove the agency defense beyond a reasonable doubt is without merit. Viewing the evidence in the light most favorable to the prosecution (*see People v Contes,* 60 NY2d 620 [1983]), we find that it was legally sufficient to disprove the defendant's claim that he was acting as an agent of the undercover officer in the narcotics transaction (*see People v Herring,* 83 NY2d 780 [1994]; *People v Lam Lek Chong,* 45 NY2d 64 [1978], *cert denied* 439 US 935 [1978]; *People v Tomlinson,* 280 AD2d 563 [2001]; *People v Shands,* 269 AD2d 613 [2000]; *People v Trotty,* 262 AD2d 337 [1999]; *People v Leybovich,* 201 AD2d 670 [1994]). Furthermore, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see* CPL 470.15).

The defendant's remaining contentions are without merit. Altman, J.P., Krausman, McGinity and Cozier, JJ., concur.